FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUDITH COOK,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN MEDICAL SYSTEMS, *et al.*,<br><br>    Defendants. | No. 4:20-CV-05182-SAB<br><br>**ORDER GRANTING MOTION TO DISMISS; CLOSING FILE** |

Before the Court is Plaintiff's Motion to Dismiss With Prejudice, ECF No. 6. The motion was heard without oral argument. Plaintiff indicates the parties have settled all claims between them and ask the Court to dismiss Defendants with prejudice, with each party to bear it owns costs.

//
//
//
//
//
//
//
//
//

**ORDER GRANTING MOTION TO DISMISS; CLOSING FILE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Dismiss With Prejudice, ECF No. 6, is **GRANTED**.

2. The above-captioned case is **dismissed with prejudice**, with each party to bear its own costs.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 24th day of September 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO DISMISS; CLOSING FILE ~ 2**